IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:01-CR-141-1BO

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | ORDER |
| DONALD M. JEFFERS, | |
| Defendant. | |

On June 23, 2010, a status conference was held in Raleigh, North Carolina. Upon joint motion of the United States, the defendant, by his counsel, and for good cause shown, the United States Marshal Service is directed to transfer the defendant, DONALD M. JEFFERS, to the Federal Medical Center, Springfield, Missouri, to determine whether the defendant has the ability to understand the nature and extent of the charges against him, and the ability to assist counsel in representing him in his defense.

IT IS ALSO ORDERED that the defendant be examined for competency at the time of the charged offense. The United States Marshal Service shall transport the defendant immediately and the Bureau of Prison has sixty (60) days from the filing of this Order in which to complete this evaluation.

SO ORDERED.

This 29 day of June, 2010.

*Terrence Boyle*
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE