IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROINA
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATS OF AMERICA | ) | No. 5:01 CR 141-BO |
| | ) | |
| Vs. | ) | |
| | ) | O R D E R |
| DONALD MARLOWE JEFFERS, | ) | |
| | ) | |
| Defendant | ) | |

Upon motion of the defendant, for good cause shown, and without objection from the Government, the psychiatric evaluation of the defendant done by Dr. Moira F. Artigues and filed February 8, 2011 shall be placed under seal.

IT IS SO ORDERED.

Signed at Elizabeth City this ___9___ day of February 2011.

Terrence W. Boyle
United States District Judge