IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 5:01 CR 141-BO |
| ) | |
| ) | ORDER |
| vs. ) | |
| ) | |
| DONALD MARLOWE JEFFERS, ) | |
| ) | |
| Defendant ) | |

Dr. Moira F. Artigues, was appointed as an additional psychiatric examiner in this case, pursuant to 18 U.S.C. 4247(b), on November 2, 2010. Her compensation and expenses for the period September 24, 2012-October 23, 2012 are approved in the amount of $1050.

IT IS SO ORDERED.

Signed at Elizabeth City this 16 day of June 2014

Terrence W. Boyle
United States District Judge