IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROINA
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 5:01 CR 141-BO |
| | ) | |
| Vs. | ) | |
| | ) | ORDER |
| DONALD MARLOWE JEFFERS, | ) | |
| | ) | |
| Defendant | ) | |

At the Court's request, Dr. Moira F. Artigues of Cary evaluated the defendant again on March 12, 2012 and submitted her updated report. Her $262.50 fee is approved.

IT IS SO ORDERED.

Signed this __23__ day of June 2014.

_____
Untied States District Judge