IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:01-CR-141-BO

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| DONALD MARLOWE JEFFERS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter is before the Court on defendant's motion to dismiss indictment [DE 108] and the government's motion to seal [DE 110]. For the reasons stated herein, the defendant's motion is DENIED AS MOOT and the government's motion to seal is GRANTED.

As a result of the government's voluntary dismissal of the indictment in this case, defendant's motion to dismiss the indictment is DENIED AS MOOT. For good cause shown, the government's motion to seal is GRANTED and DE 109 is hereby SEALED. The Clerk is directed to close the file.

SO ORDERED, this _20_ day of August, 2014.

_____
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE